No. 04–1050. DICKHAUS ET AL. *v.* CHAMPION. C. A. 6th Cir. Certiorari denied.

No. 04–1053. GOLDBLATT *v.* A&W INDUSTRIES, INC. C. A. 5th Cir. Certiorari denied.

No. 04–1059. MONROE *v.* BOOKER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–1060. MULTNOMAH COUNTY, OREGON, ET AL. *v.* ALPHA ENERGY SAVERS, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–1061. PHILLIPS ET AL. *v.* BOWLES ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 04–1062. RUSHING *v.* BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM (SOUTHEASTERN LOUISIANA UNIVERSITY). Ct. App. La., 1st Cir. Certiorari denied.

No. 04–1065. INTERCONTINENTAL ELECTRONICS, S. P. A. *v.* AMERICAN KEYBOARD PRODUCTS, INC., ET AL. Ct. App. Mich. Certiorari denied.

No. 04–1068. BARTH *v.* TOWN OF SANFORD, MAINE, ET AL. C. A. 1st Cir. Certiorari denied.

No. 04–1070. WEI YE ET AL. *v.* JIANG ZEMIN ET AL. C. A. 7th Cir. Certiorari denied.

No. 04–1071. WALKER INTERNATIONAL HOLDINGS LTD. *v.* REPUBLIC OF CONGO ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–1072. ABRAMS ET AL. *v.* SOCIETE NATIONALE DES CHEMINS DE FER FRANCAIS. C. A. 2d Cir. Certiorari denied.

No. 04–1074. TERRITORY OF GUAM ET AL. *v.* PACIFICARE HEALTH INSURANCE COMPANY OF MICRONESIA, INC., DBA PACIFICARE ASIA PACIFIC. Sup. Ct. Guam. Certiorari denied.

No. 04–1077. RAVEN ET VIR *v.* COUNTRYWIDE HOME LOANS, INC., ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.